```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000
```

FILED
APR 18 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:08-MJ-0076 SMS |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR DISMISSAL OF COMPLAINT |
| JOSE ANTONIO HERNANDEZ, EDVIN ORLANDO VILLEDA (aka Edwin Donaldo Lumux), and EDY MAYBEL VALLE, ) | |
| Defendant. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein be dismissed against defendants, JOSE ANTONIO HERNANDEZ, EDVIN ORLANDO VILLEDA (aka Edwin Donaldo Lumux), and EDY MAYBEL VALLE, without prejudice and in the interest of just, and any warrants shall be recalled.

DATED: April 18, 2008              _____
                                    HONORABLE DENNIS L. BECK
                                    U.S. Magistrate Court Judge

3